# Court of Appeals
# of the State of Georgia

ATLANTA, December 18, 2025

*The Court of Appeals hereby passes the following order:*

**A25A1568. HOMER P. JORDAN, IV v. ALICE JUNEAL JORDAN.**

Homer P. Jordan, IV ("appellant") filed this direct appeal following the grant of a discretionary application. After a thorough and careful review of the entire record in this case, we conclude that the application was improvidently granted. Accordingly, it is ordered that this appeal is hereby DISMISSED.

Appellant's "Emergency Motion for Immediate Stay of Bench Warrants and Arrest Orders Pending Appeal" and "Supplement to Emergency Motion to Stay" are DENIED as MOOT.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, 12/18/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*